UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACE,<br><br>          Plaintiff,<br><br>     v.<br><br>MARGARET LIRONES, et al.,<br><br>          Defendants. | Case No.: 1:22-cv-00419-AWI-BAK (BAM) (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 12) |

   Plaintiff Michael Jace is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On June 13, 2022, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion for preliminary injunction and temporary restraining order. (Doc. No. 12.) Plaintiff filed objections on June 27 and June 30, 2022. (Doc. Nos. 13 & 14.)

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

//

Accordingly, IT IS HEREBY ORDERED that;

1. The findings and recommendations issued on June 13, 2022 (Doc. No. 12) are ADOPTED in full; and
2. This case is referred back to the assigned magistrate judge for further proceedings as appropriate.

IT IS SO ORDERED.

Dated:   September 13, 2022                                    _____
                                                                  SENIOR DISTRICT JUDGE