UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET LIRONES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-00419-AWI-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(Doc. 18) |

　　　　Plaintiff Michael Jace is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 27, 2023, the magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for injunctive relief be denied. (Doc. 18.) Plaintiff was afforded 14 days within which to file objections. (*Id*. at 9.) Plaintiff filed objections on February 13, 2023. (Doc. 19.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on January 27, 2023 (Doc. 18) are ADOPTED IN FULL;
2. Plaintiff's motion for injunctive relief (Doc. 17) is DENIED; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 7, 2023

SENIOR  DISTRICT  JUDGE

2