UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACE,<br><br>           Plaintiff,<br><br>    v.<br><br>MARGARET LIRONES, et al.,<br><br>           Defendants. | Case No.: 1:22-cv-00419-AWI-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS**<br><br>(Doc. 20) |

      Plaintiff Michael Jace is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 16, 2023, the magistrate judge issued findings and recommendations, recommending this action proceed only on Plaintiff's First Amendment retaliation claim against Defendant Peterson, that his remaining claims be dismissed, and that Defendants Clark and Lirones be dismissed from the action. (*See* Doc. 20.) Plaintiff was afforded 14 days within which to file objections. (*Id*. at 13.) Plaintiff filed objections on April 5, 2023. (Doc. 21.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on March 16, 2023 (Doc. 20) are ADOPTED IN FULL;
2. Defendants Ken Clark and Margaret Lirones are DISMISSED from this action;
3. The action SHALL proceed *only* on Plaintiff's First Amendment retaliation claim against Defendant Peterson; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  April 7, 2023                                       _____
                                                                        SENIOR DISTRICT JUDGE

2