UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACE,<br><br>             Plaintiff,<br><br>     v.<br><br>MARGARET LIRONES, et al.,<br><br>             Defendants. | Case No.: 1:22-cv-00419-ADA-CDB (PC)<br><br>**ORDER MODIFYING THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Docs. 45 & 47) |

Plaintiff Michael Jace is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     BACKGROUND**

On August 30, 2023, the Court issued its Discovery and Scheduling Order. (Doc. 42.) Relevant here, the order provided a November 30, 2023 deadline for amending pleadings and a December 30, 2023 deadline for the filing of any exhaustion motion. (*Id*.)

On November 22, 2023, Plaintiff filed an Application for Extension of Time to Amend Pleadings. (Doc. 45.) Specifically, Plaintiff seeks a 60-day extension of the deadline to amend pleadings, "to and including January 29, 2024." (*Id*.)

On December 18, 2023, Defendant filed an Ex Parte Application to Modify the Discovery and Scheduling Order, seeking to extend the deadline for filing an exhaustion-based motion for summary judgment by 45 days. (Doc. 47.)

## II. CONCLUSION AND ORDER

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time (Doc. 45) is **GRANTED**. The deadline to amend pleadings is extended from November 30, 2023, to **January 29, 2024**;

2. Defendant's request for an extension of time (Doc. 47) is **GRANTED**. The deadline for the filing of an exhaustion motion is extended from December 30, 2023 to **February 13, 2024**; and

3. No other deadlines provided for in the Discovery and Scheduling Order are affected by this order. To the extent any party should seek a further extension, or an extension of any deadline associated with discovery and scheduling in this matter, any extension request should be filed at least one week prior to expiration of the relevant deadline or deadlines. *See* Local Rule 144(d) ("Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor," and instead, should be filed "as soon as the need for an extension becomes apparent.").

IT IS SO ORDERED.

Dated:   **December 19, 2023**                       _____
                                                      UNITED STATES MAGISTRATE JUDGE