UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>            Plaintiff,<br><br>    v.<br><br>SECRETARY OF CDCR, et al.,<br><br>            Defendants. | No.  1:22-cv-00449-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 46) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an amended complaint, filed January 3, 2024.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:  **January 4, 2024**

UNITED STATES MAGISTRATE JUDGE

1