1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL JACE,                          Case No.: 1:22-cv-00419-KES-CDB (PC)

12              Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS TO DISMISS
13        v.                                 CERTAIN CLAIMS FOLLOWING
                                             SCREENING OF PLAINTIFF'S SECOND
14   MARGARET LIRONES, et al.,               AMENDED COMPLAINT

15              Defendants.                  Doc. 73

16

17        Plaintiff Michael Jace is proceeding pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 11, 2025, the assigned magistrate judge issued findings and recommendations

21   which recommended that the Court dismiss plaintiff's Fourteenth Amendment procedural due

22   process claim but allow plaintiff to proceed on his First Amendment retaliation claim.  Doc. 73.

23   The parties were given fourteen days to file objections.  *Id.*  On May 5, 2025, plaintiff filed a

24   document titled "Objections" that contained no substantive arguments but noted that plaintiff that

25   had responded to the findings and recommendations in order to preserve his right to appeal.  Doc.

26   74.

27   / / /

28   / / /

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

2    novo review of this case.  Having carefully reviewed the file, the Court concludes that the

3    findings and recommendations are supported by the record and proper analysis.

4    Accordingly, **IT IS ORDERED** that:

5    1.  The findings and recommendations issued on April 11, 2025, Doc. 73, are ADOPTED

6        IN FULL;

7    2.  This action may proceed only on plaintiff's First Amendment retaliation claims

8        against defendants Peterson, Scaife, and Cid, in their individual capacities only, as

9        alleged in the second amended complaint;

10   3.  The remaining claims in the second amended complaint are DISMISSED; and

11   4.  This action is referred back to the assigned magistrate judge for further proceedings.

12

13

14   IT IS SO ORDERED.

15   Dated:    August 6, 2025    _____

16                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                    2