UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACE,<br><br>    Plaintiff,<br><br>  v.<br><br>MARGARET LIRONES, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-00419-KES-CDB (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**DEADLINE: August 29, 2025** |

Plaintiff Michael Jace is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.  This action proceeds on Plaintiff's First Amendment retaliation claims against Defendants Peterson, Scaife, and Cid, in their individual capacities only, as alleged in Plaintiff's second amended complaint. (*See* Doc. 77.)

Accordingly, the Court **HEREBY ORDERS** that Defendants **SHALL** file a responsive pleading to Plaintiff's second amended complaint **no later than August 29, 2025**.

IT IS SO ORDERED.

Dated:  **August 7, 2025**

UNITED STATES MAGISTRATE JUDGE