**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JACE, | Case No. 1:22-cv-00419-KES-CDB |
| Plaintiff, | |
| v. | |
| MARGARET LIRONES, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Michael Jace, CDCR # BA-3055, a necessary and material witness at a telephonic pre-settlement conference in this case on February 3, 2026, is confined at the California Institute for Men (CIM) in Chino, California, in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by telephone from his place of confinement, on **February 3, 2026, at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone conferencing, to participate in a telephonic pre-settlement conference at the time and place above, until completion of the telephonic pre-settlement conference or as ordered by the court. The telephone number and access code information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Institute for Men in Chino at (909) 606-7093 or via email.

4. Any difficulties connecting to the telephonic pre-settlement conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CIM, P. O. Box 128, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by telephone, until completion of the telephonic pre-settlement conference or as ordered by the court.

///

///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**January 7, 2026**__      _____
UNITED STATES MAGISTRATE JUDGE

