UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL JACE,

                    Plaintiff,

          v.

MARGARET LIRONES, et al.,

                    Defendants.

Case No.: 1:22-cv-00419-KES-CDB (PC)

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE**

(Doc. 100)

Plaintiff Michael Jace filed a motion to compel on April 3, 2026. (Doc. 100.) On April 6, 2026, the Court issued and served a Minute Order requiring Plaintiff "to file within seven (7) days of the date of service of this order a copy of Plaintiff's interrogatory number 18 propounded to Defendant Peterson, as well as a copy of Peterson's response." (Docket Entry 101; *see* Doc. 6 at 4 ["the party seeking discovery may file a motion to compel a further response and in that case must include a copy of the discovery propounded and the response to it. Fed. R. Civ. P. 37"].) More than seven days, plus time for mailing, have passed, yet Plaintiff has failed to comply with the Court's order. Accordingly, the Court **HEREBY ORDERS** that Plaintiff's motion to compel (Doc. 100) is **DENIED** without prejudice for Plaintiff's failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE