UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JACE, | Case No.: 1:22-cv-00419-KES-CDB (PC) |
| Plaintiff, | **ORDER SETTING SETTLEMENT CONFERENCE AND PROCEDURES** |
| v. | |
| MARGARET LIRONES, et al., | Settlement Conference: |
| Defendants. | **August 20, 2026, at 10:00 a.m. via Zoom** |

Plaintiff Michael Jace is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.      RELEVANT BACKGROUND**

The Court issued its Discovery and Scheduling Order on February 5, 2026. (Doc. 99.)

On May 22, 2026, Defendants filed a Notice of Settlement. (Doc. 103.)

Thereafter, Plaintiff expressed concerns about the settlement agreement and related issues (Doc. 104) and the parties indicated a desire to participate in a settlement conference before the undersigned.

On June 25, 2026, Defendants filed a request for a settlement conference. (Doc. 110.)

**II.      ORDER AND PROCEDURES**

Accordingly, it is hereby **ORDERED** that:[1]

---

[1] The Court understands the parties have reached a tentative agreement and the focus of the conference will involve

1. A settlement conference is scheduled to occur on **August 20, 2026, at 10:00 a.m.,** before Magistrate Judge Christopher D. Baker. The conference shall be conducted via Zoom videoconference. Defense counsel shall arrange for Plaintiff's participation. The Zoom settlement conference invitation will be distributed the week prior, or counsel may contact Cori Boren, Courtroom Deputy for Magistrate Baker, at cboren@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Cori Boren. The Court will issue a writ of habeas corpus *ad testificandum* to allow for Plaintiff's participation, as appropriate.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

4. The parties shall submit confidential settlement conference statements no later than **August 10, 2026**. Defendant shall email their statement to CDBorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Christopher D. Baker, 2500 Tulare Street, Room 1501, Fresno, CA 93721.

Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the

---

the specific terms of the proposed settlement agreement prepared by Defendants. Nevertheless, the Court believes the information it typically requires from parties participating in a settlement conference may be relevant.

court **nor served** on the opposing party.

5. The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a. A brief summary of the facts of the case;

    b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

    e. A summary of past settlement discussions, **and, in particular, information concerning Plaintiff's objections to specific terms of the settlement agreement**; a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

    g. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

    h. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

//

//

//

3

The Clerk of the Court is directed to additionally serve a courtesy copy of this Order via email on the Litigation Coordinator at Plaintiff's current facility.

IT IS SO ORDERED.

Dated:   **July 2, 2026**

_____
UNITED STATES MAGISTRATE JUDGE