UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL JACE, | Case No.: 1:22-cv-00419-KES-CDB (PC) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST THE COURT TAKE JUDICIAL NOTICE OF DEFENDANT'S ANSWER** |
| v. | |
| MARGARET LIRONES, et al., | (Doc. 113) |
| Defendants. | |

On July 6, 2026, Plaintiff filed a document titled "Motion for Court to Take Judicial Notice of Defendant's Answer to Plaintiff's Complaint Filed 7/21/23." (Doc. 113.)

Plaintiff's request for judicial notice of Defendant's answer will be denied as unnecessary. *See Crane v. Rodriguez*, No. 2:15-cv-0208 TLN KJN P, 2023 WL 113773, at *21, n. 19 (E.D. Cal. Jan. 5, 2023) ("Plaintiff requests that the court take judicial notice of ECF No. 164. Plaintiff's request for judicial notice is denied as unnecessary"); *Johnson v. Haight Ashbury Med. Clinics, Inc.*, No. C-11-02052-YGR, 2012 WL 629312, at *1 (N.D. Cal. Feb. 27, 2012) (denying a request for judicial notice "because it is unnecessary to take judicial notice of documents in the record in this action"); *Martinez v. Blanas*, No. 2:06-cv-0088 FCD DAD (PC), 2011 WL 864956, at *1 n.1 (E.D. Cal. Mar. 10, 2011) ("Defendant's request for judicial notice of the second amended complaint will be denied as unnecessary. The second amended complaint and its exhibits are a part of the record").

To the extent that Plaintiff's filing of July 6 includes argument concerning his pending motion to compel (*see* Doc. 113 at 1-3), the Court will consider those arguments, in due course, as a reply to Defendant's opposition filed June 24, 2026, as the arguments appear related.

As the parties are aware, this action has been set for a settlement conference before the undersigned on August 20, 2026. (Doc. 112.) Therefore, the motions presently pending before the Court, whether fully briefed or pending additional briefing, will not be addressed until the settlement conference has been conducted. *See, e.g.*, *Williams v. Kalisher*, 718 F. App'x 561 (9th Cir. 2018) (a district court has broad discretion in managing its docket) (citing *FTC v. Gill*, 265 F.3d 944, 957 (9th Cir. 2001)); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992) (same).

**CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff's "Motion for Court to Take Judicial Notice of Defendant's Answer to Plaintiff's Complaint Filed 7/21/23" (Doc. 113) is **DENIED** as unnecessary;

2. The motions pending before the Court will be decided in due course[1] and after the settlement conference of August 20, 2026, is conducted; and

3. The Clerk of the Court is directed to terminate the gavel associated with docket entry number 110 because a settlement conference has been scheduled in this action.

IT IS SO ORDERED.

Dated:    **July 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This Court is presently operating under a continuing judicial emergency; therefore, delays, while unfortunate, are inevitable. *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/.

2