UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL JACE,

Plaintiff,

v.

MARGARET LIRONES, et al.,

Defendants.

Case No.: 1:22-cv-00419-KES-CDB (PC)

**ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE**

(Doc. 122)

On August 25, 2026, the parties filed a Stipulation for Voluntary Dismissal of Action with Prejudice. (Doc. 122.) The stipulation is signed and dated by Plaintiff Michael Jace and by Jennifer Burns, counsel for Defendants Cid, Peterson, and Scaife. (*Id*.) The stipulation recites that Plaintiff's access to courts claim "is not covered by the parties' settlement agreement due to Plaintiff's intent to challenge only the dismissal" of that claim. (*Id*.) It further indicates that the parties stipulate to a dismissal of this action with prejudice (*id*.) and each party is to bear its own litigation costs and attorney's fees (*id.* at 2).

*Remainder of This Page Intentionally Left Blank*

Based on the parties' stipulation for voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **August 26, 2026**

UNITED STATES MAGISTRATE JUDGE